MINUTE ENTRY
DOUGLAS, M.J.
MAY 18, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**DONYA D. DECOU-SNOWTON**                                      CIVIL ACTION

**VERSUS**                                                                      NO. 21-1302

**JEFFERSON PARISH, ET AL.**                                   MAG. SECTION 3

On this date, the Court held a telephone status conference in the above-captioned lawsuit.

Present were:

Stephanie Dovalina on behalf of Plaintiff;

Amanda M. Plaiscia on behalf of Defendants.

For the reasons provided,

**IT IS ORDERED** that the parties shall proceed as discussed at the status conference.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR: 00:02