**DOUGLAS, M.J.**
**NOVEMBER 15, 2022**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONYA D. DECOU-SNOWTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1302** |
| **JEFFERSON PARISH, ET AL** | **DIVISION (3) DMD** |

A Scheduling Conference was held November 15, 2022.

PARTICIPATING:   **Stephanie Dovalina (Attorney for Plaintiff)**

**Amanda M. Plaiscia (Attorney for Defendant)**

Pleadings have been completed.  Jurisdiction and venue are established.

All pretrial motions, including dispositive motions[1] and motions *in limine* regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no later than **Friday, June 2, 2023.**  Other motions *in limine* shall be filed not later than **Monday, July 10, 2023,** and responses thereto shall be filed not later than **Wednesday, July 12, 2023**.  Any motions filed in violation of this Order shall be deemed waived unless good cause is shown.

Counsel shall complete all disclosure of information as follows:

Initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) have been completed.

---

[1] Motions for summary judgment and oppositions to motions for summary judgment shall be filed in compliance with Local Rules 56.1 and 56.2 E &W, requiring parties to file a short and concise statement of material facts as to which there does or does not exist a genuine issue to be tried.  Additionally, each party shall make specific reference to record evidence supporting its statement of material facts.  Citations to record evidence shall indicate, whenever applicable, an exhibit reference, page reference, and record document number reference.  Record evidence not specifically referred to by the parties may not be considered by the court.

Depositions for trial use shall be taken and all discovery shall be completed not later than **Thursday, May 18, 2023.**

Amendments to pleadings, third-party actions, cross- claims, and counterclaims shall be filed no later than **Friday, April 18, 2022.**

Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Minute Entry and Fed.R.Civ.P. 26(a)(1) disclosures.  Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor along with the Fed.R.Civ.P. 26(a)(1) disclosures.

Written reports of experts, including treating physicians, who may be witnesses for Plaintiff fully setting forth all matters about which they will testify, and the basis therefor shall be obtained and delivered to counsel for Defendants as soon as possible, but in no event later than **Tuesday, April 18, 2023**.

Written reports of experts, including treating physicians, who may be witnesses for Defendants fully setting forth all matters about which they will testify, and the basis therefor shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **Thursday, May 18, 2023**.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial not later than **Thursday, May 18, 2023**.

The Court will not permit any witness, expert, or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

This case does not involve extensive documentary evidence, depositions, or other discovery.  No special discovery limitations beyond those established in the Federal or Local Rules of this Court are established.

A Final Pretrial Conference will be held on **Wednesday, July 12, 2023,** at **1:00 p.m.** The parties will be prepared in accordance with the final Pretrial Notice attached. The parties shall submit the original and one copy of the pre-trial order to this Magistrate Judge no later than **Wednesday, February 1, 2023.**

A settlement conference should be scheduled and held no later than **six (6) weeks** prior to the final pre-trial conference.

Trial will commence on **Monday, July 17, 2023,** at **8:30 A.M.** before the Magistrate Judge with a jury. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. The parties are instructed to report for trial not later than 30 minutes prior to this time. Trial is estimated to last 3-5 days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with the Federal or Local Rules of this court and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will **NOT** be automatically extended, unless otherwise ordered by the court.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**

**MJSTAR: .15**