UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONYA D. DECOU-SNOWTON**<br>          **Plaintiff,**<br>     v.<br><br>**JEFFERSON PARISH, ROY JUNCKER,**<br>**IN HIS INDIVIDUAL CAPACITY,**<br>**CHRISTOPHER TROSCLAIR,**<br>**IN HIS INDIVIDUAL CAPACITY,**<br>**GRETCHEN TILTON,**<br>**IN HER PERSONAL CAPACITY,**<br>**AND JOAN RUIZ**<br>**IN HER PERSONAL CAPACITY,**<br>**ABC INSURANCE COMPANY,**<br>                    **Defendants** | **CIVIL ACTION NO.: 2:21cv01302**<br><br><br><br>**JUDGE: SARAH H. VANCE**<br><br><br><br><br>**MAGISTRATE JUDGE:**<br>**JANIS VAN MEERVELD** |

### JOINT MOTION TO EXTEND DISCOVERY DEADLINE AND SUBMISSION OF DIPOSITIVE MOTIONS

Counsel for Plaintiff Donya Snowton and Counsel for Defendants Jefferson Parish, Roy Juncker and Christopher Trosclair jointly move this Court to extend the time for the completion of fact discovery and to submit dipositive motions.

A status conference was held on September 1, 2023, with Judge Janis Van Meerveld. At that time the parties were engaged in discovery and felt that all depositions and other discovery could be completed by the deadline of October 13, 2023. However, due to scheduling conflicts the parties require additional time, to conduct depositions and complete discovery. Accordingly, Counsel for both parties have conferred and agreed to the following modifications to the scheduling order:

1. Depositions for trial use shall be taken and all discovery shall be completed no later than November 7, 2023.

2. All motions other than evidentiary pre-trial motions may be filed as soon as practicable,

but must be filed and served not later than **November 7, 2023** and set with a submission date of **November 22, 2023.** Memoranda in opposition shall be filed on or before **November 14, 2023.**

All other deadlines in the scheduling order will remain unchanged.

**WHEREFORE**, Plaintiff and Defendants respectfully request that this Honorable Court grant the Joint Motion to Joint Motion to Extend Deadline for Completion of Discovery and Submission of Dipositive Motions.

**Respectfully Submitted,**

| | |
|---|---|
| */s/Amanda M. Plaiscia* | */s/ Stephanie Dovalina* |
| Craig R. Watson, #29473 (T.A.) | Stephanie Dovalina, LSBA #31137 |
| Guice A. Giambrone, III, #25062 | 700 Camp Street, Ste. 105 |
| Amanda M. Plaiscia, #35962 | New Orleans, LA 70130 |
| Blue Williams, L.L.C. | Phone No.: (504)528-9500 |
| 3421 N. Causeway Blvd., Ste. 900 | Mobile: (504) 339-9815 |
| Metairie, Louisiana 70002 | Fax: (504) 353-9516 |
| Tel.: 504-831-4091/Fax: 504-849-3057 | stephanie@dovalinalawgroup.com |
| Email: cwatson@bluewilliams.com | Attorney for Donya Snowton |
| Email: ggiambrone@bluewilliams.com | |
| Email: aplaiscia@bluewilliams.com | |
| *Attorneys for Defendants* | |

## CERTIFICATE OF SERVICE

I certify that on October 5, 2023, a copy of this filing was served contemporaneously on all attorneys of record via the court's CM/ECF system.

*/s/Stephanie Dovalina*
Stephanie Dovalina