**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**NOTICE OF MANUAL ATTACHMENT**

| | |
|---|---|
| DONYA D. DECOU-SNOWTON | CIVIL ACTION |
| **VERSUS** | **NO: 23-1302** |
| JEFFERSON PARISH, ET AL. | **DIVISION: (1)** |

**ATTACHMENTS TO DOCUMENT NO. 72-6**

    **DESCRIPTION: USB FLASH DRIVE**

    **FILED BY: JEFFERSON PARISH**

    **FILE DATE: 11/13/2023**

**ARE LOCATED IN THE CLERK'S OFFICE.**