# In the Matter of:

*Donya D. Decou-Snowton, Plaintiff,*

*vs.*

*Jefferson Parish, Roy Juncker, in his indiviual capacity, Christopher Trosclair, in his individual capacity, et al, Defendants*

_____

## Donya D. Snowton

October 31, 2023

_____



**504-833-3330**
www.currenland.com

Donya D. Snowton
October 31, 2023

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


DONYA D. DECOU-SNOWTON,      * CIVIL ACTION:
          Plaintiff,        * 21-01302
                             *
v.                           * JUDGE:
                             * SARAH S. VANCE
JEFFERSON PARISH, ROY        *
JUNCKER, IN HIS INDIVIDUAL * MAGISTRATE JUDGE:
CAPACITY, CHRISTOPHER        * JANIS VAN MEERVELD
TROSCLAIR, IN HIS            *
INDIVIDUAL CAPACITY,         * JURY DEMANDED
GRETCHEN TILTON, IN HER      *
PERSONAL CAPACITY, AND JOAN*
RUIZ IN HER PERSONAL         *
CAPACITY, ABC INSURANCE      *
INSURANCE COMPANY,           *
          Defendants         *
                             *
***************************

     Remote deposition of DONYA D. SNOWTON, taken

at the Law Office of Stephanie Dovalina, 700 Camp

Street, Suite 105, New Orleans, Louisiana 70130,

on the 31st day of October, 2023, commencing at

10:11 a.m.

Donya D. Snowton
October 31, 2023

1    hired as a Probation Officer 1; thereafter, you

2    became a Probational Officer 2, I assume?

3         A.    So yeah, about a year and a half after

4    I was a PO1, I was reallocated to a PO2.

5         Q.    And you referenced being a supervisor.

6    Would that had been a Probation Officer 3?

7         A.    Yes.  A PO3 is a supervisory role.

8         Q.    And that was in 2015, you said?

9         A.    Correct.

10        Q.    And then you served as a Probation

11   Officer 2 until you were demoted effective

12   November 30, 2019?

13        A.    No.  I served as a PO2 from I'm going

14   to say about a year and a half of my start date.

15   So maybe sometime in 2009, I was reallocated to a

16   PO2.  I was a PO2 from 2009 until 2015 when I was

17   reallocated to a PO3.

18        Q.    Okay.  I think I understand that.  I

19   think my question was, you said you were a PO3

20   from 2015 until your demotion?

21        A.    Okay.  Yes.  That's correct.

22        Q.    I'm just trying to figure out the

23   timeline.  That's all.

24        A.    Okay.

25        Q.    So then you were demoted effective

**Donya D. Snowton**
**October 31, 2023**

1   was the summer.  It was either late spring or

2   early summer.  They went to this conference in

3   Colorado.  So while they were at this conference

4   in Colorado, I was left to manage the system

5   myself.  So that means if a youth had to be

6   placed on EMP, I had to place the youth on EMP, I

7   had to install the information in the system.  I

8   had to monitor the youth's compliance with EMP,

9   and I had to also make the notations in the

10  system as to any alerts or any violations that

11  the youth may have had or to put -- like, if they

12  had an alert, I had to put justification of what

13  the alert was and how the alert was addressed.

14          So they had came back from those -- I

15  mean, those officers had came back from the

16  conference.  And all of this, you know -- drug

17  court was really messy, and all this stuff was,

18  you know, going on with the investigations.  So

19  they made a determination that they were going to

20  take me out of -- I can't remember the exact date

21  that I was taken out of drug --

22          I was abruptly removed from drug court

23  and placed back into casework.  Well, I hadn't

24  finished addressing, like, the alerts that was in

25  the system with one particular youth.  I remember

**Donya D. Snowton**
**October 31, 2023**

1    her, like -- I'll never forget her name, but her

2    initials are JP.  And this is a youth that had

3    some issues previously with EMP.  She had some

4    significant issues in drug court, and I needed to

5    go in --

6              Because at this point, it's clear that

7    they are harassing me.  I'm being singled out.

8    I'm being picked on.  So any little thing that

9    they could find to try to get -- that I didn't do

10   right, I knew they was going to try to discipline

11   me, reprimand me, because it was -- it was

12   evident that this is what they were doing.  So I

13   was trying to be vigilant in making sure I

14   addressed every alert that was open on her or I

15   didn't make a comment for or I hadn't done.

16             So when I -- I was removed from BI I

17   believe it was, like, a Friday.  That Monday, I

18   was supposed to report to casework.  So whatever

19   the date of that Monday is, I went in to log into

20   the system to see if I could make sure all the

21   alerts were closed or had been addressed, and I

22   couldn't log in.  So I'm thinking maybe I had

23   misplaced my password.  I'm thinking -- I don't

24   know -- you know, why I can't get in.

25             So I called BI.  I'm like, "BI, I can't

```
 1    staff meeting, Mr. Juncker just made the comment
 2    to be careful what we post on social media.
 3    Nothing happened to her.  She wasn't disciplined
 4    for it.
 5              So I was new to drug court.  I had
 6    never worked in the drug court unit, so as a
 7    supervisor, I had to learn the whole system.
 8    Even though, you know, I had tenure with the
 9    agency, I had never specifically -- I knew of the
10    drug court program.  I knew the -- how it runs,
11    but I didn't know the specifics as to the drug
12    court system, the drug court rules, the BI --
13    because I never did BI either.  So I was in a
14    learning phase of -- as a supervisor, as well as
15    actually learning the system of these units.
16              So by them wanting to -- now, Chantrell
17    Cook, she was very, very good with drug court.
18    She was good with the kids.  She knew what she
19    was doing.  She received excellent evaluations as
20    a result of being in drug court.  David Viccari
21    was previously in drug court; however, he only
22    was removed from drug court once he became
23    probation supervisor.  Actually, we became
24    supervisor at the same time.
25              So maybe after six months of him being
```

Donya D. Snowton
October 31, 2023

1    a supervisor, he left and went to the court at

2    which time Chantrell Cook was placed in the drug

3    court program.  Well, of course, she knows drug

4    court.  She does well in drug court.  And now

5    that I'm a supervisor of drug court, they want to

6    move her out when I'm trying to learn.  Erin does

7    not know drug court.  So if she messes up in drug

8    court then that's a reflection on me.  And by

9    this time, I have noticed the systematic effort

10   to try to get me on something.  So you know, my

11   antenna went up.  "Okay.  They're looking for

12   something to try to get rid of you."

13          So I figured once Erin was in drug

14   court, any little mess-up, they would

15   automatically discipline me or just blame me

16   given the history of the agency.  So I was not

17   comfortable with them moving Erin out of drug

18   court -- I mean, moving Chantrell out of drug

19   court and placing Erin in based on the fact if

20   she was out, I wasn't able to effectively perform

21   the duties as if Chantrell would be there.  She

22   wasn't a person that could teach me the drug

23   court system like Chantrell could teach it to me.

24          So I had an issue with them moving

25   Chantrell out and placing Erin in, so they made

Donya D. Snowton
October 31, 2023

```
 1    an agreement that they would wait, that Erin

 2    would shadow Chantrell, and that the decision

 3    would be made at a later date to transition

 4    Chantrell out.

 5        Q.     Why was the anonymous complaint

 6    submitted anonymously?

 7        A.     It was submitted anonymously because,

 8    again, given the fact that they treat blacks

 9    differently.  It's a set of rules for blacks.

10    It's a set of rules for whites.  If you filed a

11    complaint and the agency knew you filed the

12    complaint, this is the end result.  It was

13    anonymous, and this is the end result for me.  So

14    imagine if it was disclosed that I did it, I

15    probably would have been disciplined much sooner.

16             But the history of the agency is just

17    discriminatory because an anonymous complaint was

18    filed based on the discrimination that was

19    constantly taking place in the agency where

20    whites are being treated differently than blacks.

21    Not only was whites -- whites received

22    preferential treatment even in the event of

23    insubordination or egregious comments or

24    behavior, stuff that would put the Parish to

25    shame if it was broadcast in the public --
```

# In the Matter of:

*Donya D. Decou-Snowton, Plaintiff,*

*vs.*

*Jefferson Parish, Roy Juncker, in his indiviual capacity, Christopher Trosclair, in his individual capacity, et al, Defendants*

_____

## Donya D. Snowton

October 31, 2023

_____



**504-833-3330**

www.currenland.com

**Donya D. Snowton**
**October 31, 2023**

```
 1    hired as a Probation Officer 1; thereafter, you

 2    became a Probational Officer 2, I assume?

 3         A.     So yeah, about a year and a half after

 4    I was a PO1, I was reallocated to a PO2.

 5         Q.     And you referenced being a supervisor.

 6    Would that had been a Probation Officer 3?

 7         A.     Yes.  A PO3 is a supervisory role.

 8         Q.     And that was in 2015, you said?

 9         A.     Correct.

10         Q.     And then you served as a Probation

11    Officer 2 until you were demoted effective

12    November 30, 2019?

13         A.     No.  I served as a PO2 from I'm going

14    to say about a year and a half of my start date.

15    So maybe sometime in 2009, I was reallocated to a

16    PO2.  I was a PO2 from 2009 until 2015 when I was

17    reallocated to a PO3.

18         Q.     Okay.  I think I understand that.  I

19    think my question was, you said you were a PO3

20    from 2015 until your demotion?

21         A.     Okay.  Yes.  That's correct.

22         Q.     I'm just trying to figure out the

23    timeline.  That's all.

24         A.     Okay.

25         Q.     So then you were demoted effective
```

Donya D. Snowton
October 31, 2023

1            it's going to be pages JP621, and then

2            it's going to jump to JP474, just

3            because the second page here was a

4            better copy than the one that came

5            behind this one.

6        MS. DOVALINA:

7            Okay.

8        MS. PLAISCIA:

9            And then it's going to go back to

10           JP623 through 625.

11       MS. DOVALINA:

12           And you're marking that as Exhibit

13           2?

14       MS. PLAISCIA:

15           Yes.

16   BY MS. PLAISCIA:

17     Q.    Here you go, Ms. Snowton.  (Tenders.)

18           Have you seen that document before?

19     A.    Yes, I have.

20     Q.    And do you recall how you received the

21   document?

22     A.    I believe this was mailed.  I received

23   this via mail.

24     Q.    You keep flipping through the pages.

25   You see the USPS tracking?  I think it's page

Donya D. Snowton
October 31, 2023

```
 1   JP623.
 2      A.    Oh, yes.
 3      Q.    And that looks like it was delivered on
 4   January 8, 2020?
 5      A.    Yes.
 6      Q.    And on this status employment --
 7   employee benefits correspondence that you
 8   received, is it your understanding that the
 9   document provided -- that it would be your
10   responsibility to pay your share of your premium
11   starting January 11, 2020?  And the date I'm
12   looking at is on the second page.
13      A.    Oh, it's on this --
14      Q.    474.
15      A.    474.
16      Q.    Are you still looking at it, or you
17   need me to repeat my question?
18      A.    Yes, I'm looking.  But I mean, yes,
19   it's outlined in this document.
20      Q.    I mean, by "this," you mean that it
21   references that you would be responsible to pay
22   your share of the premium starting on is it
23   January 11, 2020?
24      A.    Yes.
25      Q.    I understand that you were out of work
```

Donya D. Snowton
October 31, 2023

```
 1    for that period of time.  But did you pay any
 2    portion of your premium while you were out on
 3    leave?
 4        A.      No, I did not.  But I was still
 5    receiving benefits on January 11, 2020.
 6        Q.      I guess that was my question.  But you
 7    didn't -- I know we talked about --
 8        A.      I was still getting paid.  So I still
 9    had leave time, so my leave was taking care of my
10    benefits.  So I still had leave time that paid --
11    they would deduct my leave from my pay because I
12    was still getting -- even though I was on leave,
13    I still was getting paid.
14        Q.      Then once your leave switched to -- I
15    guess I'll just ask you, at what point did your
16    leave -- or did you stop receiving paid leave?
17        A.      So I believe I stopped receiving paid
18    leave -- I'm not even sure of the date I stopped
19    receiving paid leave; however, when they notified
20    me to return to work, I believe the end of
21    February, after requesting additional time on
22    leave and also requesting ADA accommodations,
23    Mr. Juncker immediately responded and told me
24    that the Parish had been reasonable in
25    accommodating me leave and that request was
```

Donya D. Snowton
October 31, 2023

```
 1    denied; however, immediately -- well, the next
 2    Monday, I received a call from Ms. Tilton stating
 3    to cancel -- like, to disregard what Mr. Juncker
 4    says and that that was sent in error.
 5              So it was a little confusion as to --
 6    also to disregard the COBRA packet that was sent
 7    because that supposedly -- or I guess sent in
 8    error, as well.  So I was not certain as to when
 9    I was supposed to start paying benefits --
10       Q.    Okay.
11       A.    -- after this notice here.
12       Q.    Okay.  You said that at some point
13    your -- your paid -- you didn't have any more
14    accrued sick leave and accrued annual leave,
15    correct?
16       A.    Correct.
17       Q.    And at that point in time, once that
18    ceased, is that -- at that point the premiums
19    stopped being deducted from your -- your
20    paycheck?
21       A.    So yes, the -- once I was out of leave,
22    the premiums would stop being deducted out of my
23    paycheck.
24       Q.    Okay.
25       A.    However, I had been on leave previous
```

**Donya D. Snowton**
**October 31, 2023**

```
 1    times where the same situation occurred, and I
 2    can recall the -- Ms. Arlene Smith, who I think
 3    was our administrative -- I forget her title --
 4    administrative executive assistant, whatever
 5    she -- whatever her title was.  She would notify
 6    me and be like, "Okay.  You need to pay your
 7    premium."  I would write a check.  Give it to the
 8    agency, and my premiums would be paid.  So at no
 9    time had I received that type of notification
10    once I was out of leave and my premiums were no
11    longer being paid.
12        Q.    And after your paid leave stopped --
13    just so I can understand what you're talking
14    about -- did you pay anything out of pocket for
15    your insurance premiums in 2020?
16        A.    No.
17        Q.    Okay.  I want to direct your attention
18    to your responses to interrogatories and request
19    for production of documents.  I'm marking that as
20    Exhibit 3.  Take a look at it.  Let me know if
21    you've seen these before.
22        A.    Yes, I have.  I've seen this document.
23        Q.    Okay.  Now, specifically, I'd like you
24    to turn to Page 26 and for Interrogatory No. 24.
25    Let me know when you're ready.
```

**Donya D. Snowton**
**October 31, 2023**

1    earlier that you didn't go back to see Dr. Rochon
2    in 2020, did you?
3        A.     No, because I didn't have insurance.
4        Q.     Okay.  And that was going to be my
5    question.  And do you remember about when you
6    did -- you were able to obtain insurance?
7        A.     I think I applied for Medicaid, I mean,
8    months later.  Some months later, I got
9    Medicaid -- I was approved for Medicaid.  So
10   maybe shortly after that, maybe two, three months
11   after that I got Medicaid.
12       Q.     Some of the allegations in the
13   complaint concerning demotion that was discussed,
14   one of the components of that is a breach of the
15   BI system.  Can you tell me what that is?
16       A.     The BI is the company they use for our
17   electronic monitoring program a/k/a Kids on House
18   Arrest.
19       Q.     Okay.  And so what does that -- what
20   does that system do?  If you can just kind of
21   give me some general background to explain
22   what --
23       A.     So the BI system, it tracks the youths'
24   movements.  It also provide alerts when used or
25   not in -- it's for house arrests.  So if the

**Donya D. Snowton**
**October 31, 2023**

```
 1   youth is not home, it will alert you that the
 2   youth has either entered or left the residence.
 3   You are allowed to put a schedule in for a youth,
 4   like for school or maybe a doctor's appointment
 5   where you wouldn't receive an alert at that time;
 6   however, you're always allow to -- or you're
 7   always able to go in the system, as long as the
 8   battery is charged, to monitor the youth's
 9   movements, so you can tell where a youth is at at
10   any given point given that their monitor is
11   properly charged.
12       Q.    Okay.  And at some point, did you have
13   access to that system?
14       A.    Yes, I did.
15       Q.    Why?
16       A.    Because I was supervisor of drug court,
17   ATD, which is alternatives to detention.
18   Alternatives to detention includes community
19   service restitution.  It includes trackers, and
20   it also includes EMP, which is electronic
21   monitoring, as well as pre-supervision of
22   pre-adjudicated youth and --
23       Q.    And in your demotion, there were some
24   allocations that you breached the system and
25   gained access without approval.  Is that your
```

Donya D. Snowton
October 31, 2023

1    understanding of what the allegations were?

2        A.    Yes, that's one of them.

3        Q.    Okay.  And were you ever notified that

4    you didn't have approval to be in the system?

5        A.    No, I was never notified.

6        Q.    Tell me how you came to find out that

7    you were intentionally removed.

8        A.    I was aware -- or made aware that I was

9    intentionally removed -- you mean notified from

10   administration or upper management?  Or notified

11   from me trying to log into the system?

12       Q.    So how did you find out that you

13   weren't able to access the BI system?

14       A.    So Louis Bustamante who was the main BI

15   person -- or he had been in BI for several

16   years -- they were at a conference, him and Erin

17   Ronquille.  No, Erin was drug court at this time.

18   I'm trying to think who -- I can't remember who

19   the other officer was in ATD.  I believe it was

20   Trista Duplessis.  So they were at a conference.

21   Nevertheless, Louis Bustamante, he had been in BI

22   the longest, so he knew the system more than

23   anybody else knew the system.

24            They were at a conference -- an annual

25   conference that they always do in I believe it

**Donya D. Snowton**
**October 31, 2023**

```
 1   was the summer.  It was either late spring or
 2   early summer.  They went to this conference in
 3   Colorado.  So while they were at this conference
 4   in Colorado, I was left to manage the system
 5   myself.  So that means if a youth had to be
 6   placed on EMP, I had to place the youth on EMP, I
 7   had to install the information in the system.  I
 8   had to monitor the youth's compliance with EMP,
 9   and I had to also make the notations in the
10   system as to any alerts or any violations that
11   the youth may have had or to put -- like, if they
12   had an alert, I had to put justification of what
13   the alert was and how the alert was addressed.
14          So they had came back from those -- I
15   mean, those officers had came back from the
16   conference.  And all of this, you know -- drug
17   court was really messy, and all this stuff was,
18   you know, going on with the investigations.  So
19   they made a determination that they were going to
20   take me out of -- I can't remember the exact date
21   that I was taken out of drug --
22          I was abruptly removed from drug court
23   and placed back into casework.  Well, I hadn't
24   finished addressing, like, the alerts that was in
25   the system with one particular youth.  I remember
```

**Donya D. Snowton**
**October 31, 2023**

```
 1    her, like -- I'll never forget her name, but her
 2    initials are JP.  And this is a youth that had
 3    some issues previously with EMP.  She had some
 4    significant issues in drug court, and I needed to
 5    go in --
 6            Because at this point, it's clear that
 7    they are harassing me.  I'm being singled out.
 8    I'm being picked on.  So any little thing that
 9    they could find to try to get -- that I didn't do
10    right, I knew they was going to try to discipline
11    me, reprimand me, because it was -- it was
12    evident that this is what they were doing.  So I
13    was trying to be vigilant in making sure I
14    addressed every alert that was open on her or I
15    didn't make a comment for or I hadn't done.
16            So when I -- I was removed from BI I
17    believe it was, like, a Friday.  That Monday, I
18    was supposed to report to casework.  So whatever
19    the date of that Monday is, I went in to log into
20    the system to see if I could make sure all the
21    alerts were closed or had been addressed, and I
22    couldn't log in.  So I'm thinking maybe I had
23    misplaced my password.  I'm thinking -- I don't
24    know -- you know, why I can't get in.
25            So I called BI.  I'm like, "BI, I can't
```

Donya D. Snowton
October 31, 2023

```
 1    get in."  They asked me a series of questions
 2    with just a PIN, all identifying information.  I
 3    provided everything that they asked for.  And I
 4    told them that I was the previous drug court
 5    supervisor; however, Lashonda Thomas is now the
 6    drug court supervisor as I was removed on the
 7    Friday before.  I told them that I was in the
 8    process of trying to close out some alerts on --
 9                    is her name.
10              Y'all might not want to type that down.
11              MS. PLAISCIA:
12                    Yeah, we should probably redact
13                    juvenile names.
14              THE WITNESS:
15                    Yeah, JP.  And they granted my
16                    access back.  So once they granted my
17                    access back, I went in.  I was also in
18                    the process of trying to move my office
19                    and get that all situated because I had
20                    to be out of my office, like, by that
21                    Friday.
22                    So by that Monday, I'm still trying
23                    to get my computers and stuff
24                    transferred, moved, because they moved
25                    my office that I was previously in into
```

Donya D. Snowton
October 31, 2023

```
 1          another office.  They didn't let me
 2          stay in that office even though that
 3          office stayed vacant I'm going to say,
 4          what, a year and a half, two years
 5          after I was already gone.  I couldn't
 6          stay there.  I was notified by another
 7          employee that that office was still
 8          vacant even though I had already moved.
 9             So that's how I initially learned
10          that I did not have -- that I was
11          removed from the BI system, which I
12          didn't know I was removed.  I thought I
13          had just misplaced my password and
14          that's why I couldn't log in.
15   BY MS. DOVALINA:
16      Q.    At some point after that, did you
17   discover that you had been intentionally removed?
18      A.    Yes.
19      Q.    When was that?
20      A.    After I was notified by Mr. Trosclair
21   that there was a breach in security regarding the
22   BI system that needed to be investigated via
23   e-mail.  He asked me to provide a statement as to
24   why I -- what the chain of events were that
25   transpired around me getting my access back to
```

**Donya D. Snowton**
**October 31, 2023**

```
 1   BI.
 2       Q.      Based on your experience, what was the
 3   prior protocol for someone to be added and
 4   removed to BI?
 5       A.      So there was no typical -- or no policy
 6   to be added or removed to BI.  I remember when I
 7   first gained access on BI, I initiated that
 8   access myself.  My superior didn't, nor did
 9   Mr. Bustamante.  I sent an e-mail to the BI
10   representatives asking -- telling them I need
11   access to BI.  And I did that with a follow-up
12   confirmation e-mail to -- maybe a couple of days
13   later after I didn't have access, and then I was
14   granted access.
15       Q.      And did you ever determine who it was
16   that decided to have you removed from the BI
17   system?
18       A.      I believe they said Joan authorized
19   Louis Bustamante to have me removed.
20       Q.      Did Joan Ruiz ever advise -- have a
21   discussion with you about them removing you from
22   BI?
23       A.      No.
24       Q.      Prior to the demotion that you had in
25   2019, did you ever have any other disciplinary
```

Donya D. Snowton
October 31, 2023

```
 1   staff meeting, Mr. Juncker just made the comment
 2   to be careful what we post on social media.
 3   Nothing happened to her.  She wasn't disciplined
 4   for it.
 5            So I was new to drug court.  I had
 6   never worked in the drug court unit, so as a
 7   supervisor, I had to learn the whole system.
 8   Even though, you know, I had tenure with the
 9   agency, I had never specifically -- I knew of the
10   drug court program.  I knew the -- how it runs,
11   but I didn't know the specifics as to the drug
12   court system, the drug court rules, the BI --
13   because I never did BI either.  So I was in a
14   learning phase of -- as a supervisor, as well as
15   actually learning the system of these units.
16            So by them wanting to -- now, Chantrell
17   Cook, she was very, very good with drug court.
18   She was good with the kids.  She knew what she
19   was doing.  She received excellent evaluations as
20   a result of being in drug court.  David Viccari
21   was previously in drug court; however, he only
22   was removed from drug court once he became
23   probation supervisor.  Actually, we became
24   supervisor at the same time.
25            So maybe after six months of him being
```

Donya D. Snowton
October 31, 2023

1    a supervisor, he left and went to the court at

2    which time Chantrell Cook was placed in the drug

3    court program.  Well, of course, she knows drug

4    court.  She does well in drug court.  And now

5    that I'm a supervisor of drug court, they want to

6    move her out when I'm trying to learn.  Erin does

7    not know drug court.  So if she messes up in drug

8    court then that's a reflection on me.  And by

9    this time, I have noticed the systematic effort

10   to try to get me on something.  So you know, my

11   antenna went up.  "Okay.  They're looking for

12   something to try to get rid of you."

13           So I figured once Erin was in drug

14   court, any little mess-up, they would

15   automatically discipline me or just blame me

16   given the history of the agency.  So I was not

17   comfortable with them moving Erin out of drug

18   court -- I mean, moving Chantrell out of drug

19   court and placing Erin in based on the fact if

20   she was out, I wasn't able to effectively perform

21   the duties as if Chantrell would be there.  She

22   wasn't a person that could teach me the drug

23   court system like Chantrell could teach it to me.

24           So I had an issue with them moving

25   Chantrell out and placing Erin in, so they made

Donya D. Snowton
October 31, 2023

```
 1    never provided a doctor's note.

 2              So all of a sudden now, I need a

 3    doctor's note.  All of a sudden now, they believe

 4    my FMLA application is fraudulent when the social

 5    worker actually completed that.  It wasn't even

 6    my handwriting.  The social worker at the

 7    hospital completed that for my husband.  And then

 8    when they even contacted -- like, everything that

 9    they did was retaliatory based on -- it just was

10    a chain of events.

11              We never got to actually talk about the

12    anonymous complaint in the Civil Service process

13    due to the fact that I was demoted.  And then

14    once I was demoted, then this resignation came.

15    So they chose to hear the second appeal rather

16    than the first appeal.  So all of the information

17    as to the chain of events that happened, it all

18    really stemmed from this anonymous complaint.

19    Everything else just followed, including them,

20    you know, trying to interrupt my FMLA; them not

21    providing me with the ADA accommodations; them

22    taking the ADA accommodation away that I already

23    had that he already had authorized.  You know,

24    it -- that explains all the harassment that

25    followed based off of this anonymous complaint
```