# In the Matter of:

*Chantrell Cook*

*vs.*

*Jefferson Parish Department of Juvenile Services*

_____

## Personnel Board Appeal Hearing

January 6, 2021

_____



504-833-3330
www.currenland.com

**Personnel Board Appeal Hearing**
**January 6, 2021**

Page 1

JEFFERSON PARISH, LOUISIANA

PERSONNEL BOARD

APPEAL HEARING

DOCKET NO. 2020-060

CHANTRELL COOK

VERSUS

JEFFERSON PARISH DEPARTMENT OF JUVENILE
SERVICES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Jefferson Parish Personnel Board Appeal Hearing in the above-captioned case was taken in the Joseph S. Yenni Building, located at 1221 Elmwood Park Boulevard, Room 204, Jefferson, Louisiana  70123, on the 6th day of January, 2021, commencing at 10:00 A.M. and ending at 3:13 P.M.

REPORTED BY:

    DENISE M. CENTANNI
    CERTIFIED COURT REPORTER
    REGISTERED PROFESSIONAL REPORTER

```
 1              A P P E A R A N C E S
 2      TED NASS, ESQ.
        REFEREE
 3
 4      DOVALINA LAW GROUP
        (BY: STEPHANIE DOVALINA, ESQ.)
 5      700 CAMP STREET, SUITE 105
        NEW ORLEANS, LOUISIANA  70130
 6      stephanie@dovalinalawgroup.com
 7           ATTORNEY FOR THE APPELLANT,
             CHANTRELL COOK
 8
 9      JEFFERSON PARISH ATTORNEYS OFFICE
        (BY:  CRYSTAL HEINE, ESQ.)
10      SENIOR ASSISTANT PARISH ATTORNEY
        JOSEPH S. YENNI BUILDING
11      1221 ELMWOOD PARK BOULEVARD
        JEFFERSON, LOUISIANA  70123
12      cheine@jeffparish.net
13           ATTORNEYS FOR THE APPELLEE,
             JEFFERSON PARISH DEPARTMENT OF
14           JUVENILE SERVICES
15
16   ALSO PRESENT:
17   ROY JUNCKER, APPOINTING AUTHORITY,
      DEPARTMENT OF JUVENILE SERVICES
18   ANNIE VAUGHN
     HALIE DUCOTE
19   AMY BRYSON
     GRETCHEN TILTON
20   CHANTRELL COOK
     LASHAUNDA THOMAS
21   COLLEEN CONLEY
     AMANDA HERMAN
22   JOAN RUIZ
     CHRISTOPHER TROSCLAIR
23   ERIN RONQUILLE
24
25
```

Personnel Board Appeal Hearing
January 6, 2021

Page 3

```
 1                  I N D E X
 2                                              PAGE
 3   CAPTION . . . . . . . . . . . . . . .        1
 4   APPEARANCES . . . . . . . . . . . . .        2
 5   INDEX . . . . . . . . . . . . . . . .        3
 6   EXHIBIT INDEX . . . . . . . . . . . .        5
 7
     EXAMINATION OF COLLEEN CONLEY BY:
 8
     MS. CRYSTAL HEINE . . . . . . . . . .       12
 9
     MS. STEPHANIE DOVALINA. . . . . . . .       24
10
11   EXAMINATION OF JOAN RUIZ BY:
12   MS. CRYSTAL HEINE . . . . . . . . . .       53,
                                                115
13
     MS. STEPHANIE DOVALINA. . . . . . . .       73
14
15   EXAMINATION OF CHRISTOPHER TROSCLAIR BY:
16   MS. CRYSTAL HEINE . . . . . . . . . .      139,
                                                184
17
     MS. STEPHANIE DOVALINA. . . . . . . .      143,
18                                              187
19   EXAMINATION OF GRETCHEN TILTON BY:
20   MS. STEPHANIE DOVALINA. . . . . . . .      193
21
     EXAMINATION OF LASHAUNDA THOMAS BY:
22
     MS. STEPHANIE DOVALINA. . . . . . . .      245,
23                                              266
24   MS. CRYSTAL HEINE . . . . . . . . . .      259,
                                                267
25
```

Personnel Board Appeal Hearing
January 6, 2021

Page 4

```
 1   INDEX, CONTINUED:                          PAGE

 2   EXAMINATION OF ERIN RONQUILLE BY:

 3   MS. CRYSTAL HEINE . . . . . . . . . .      269,
                                                308
 4
     MS. STEPHANIE DOVALINA. . . . . . .        290
 5

 6   REPORTER'S CERTIFICATE. . . . . . .        313

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1         Q.    Regular case work.
 2               And then it was Erin Ronquille who
 3    was a Probation Officer I or II?
 4         A.    She's a II.
 5         Q.    A II.  And she was in drug court?
 6         A.    Uh-huh.
 7         Q.    And then also Sheena Campbell.
 8    Who's Sheena Campbell?
 9         A.    She's another PO.
10         Q.    And what unit does she work in?
11         A.    She's under me in PDI.
12         Q.    Okay.  All right.
13               So all of you were in there
14    discussing cases in your office -- that's the
15    very first sentence -- around 8 A.M.  Whose
16    cases were you discussing?
17         A.    You want me to say the name?
18         MS. HEINE:
19               Objection, Your Honor.
20         MS. DOVALINA:
21               No.
22         MS. HEINE:
23               Relevancy as to whose cases they --
24         MS. DOVALINA:
25               I want to know are they discussing
```