UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONYA D. DECOU-SNOWTON, *Plaintiff* | * * * | CIVIL ACTION NO. 21-1302 |
| VERSUS | * * | DIVISION: 1 |
| JEFFERSON PARISH, ET AL., *Defendants* | * * | MAGISTRATE JUDGE JANIS VAN MEERVELD |

## JUDGMENT

The Court having granted the Motion for Summary Judgment filed by defendants Jefferson Parish, Roy Juncker, and Christopher Trosclair,

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of Jefferson Parish, Roy Juncker, and Christopher Trosclair and against plaintiff Donya D. Decou-Snowton, dismissing plaintiff's Complaint with prejudice.

New Orleans, Louisiana, this 3rd day of January, 2024.

_____
Janis van Meerveld
United States Magistrate Judge