UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
**********************************************************************

| | | |
|---|---|---|
| **DONYA D. DECOU-SNOWTON,** | * | **CIVIL ACTION NO.: 2:21cv01302** |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| **JEFFERSON PARISH, ROY JUNCKER,** | * | **JUDGE: SARAH H. VANCE** |
| **IN HIS INDIVIDUAL CAPACITY,** | * | |
| **CHRISTOPHER TROSCLAIR, IN HIS** | * | **MAGISTRATE JUDGE:** |
| **INDIVIDUAL CAPACITY, GRETCHEN** | * | **JANIS VAN MEERVELD** |
| **TILTON, IN HER PERSONAL CAPACITY,** | * | |
| **AND JOAN RUIZ IN HER PERSONAL** | * | |
| **CAPACITY, ABC INSURANCE COMPANY,** | * | |
| Defendants | * | |
| | * | |

## NOTICE OF APPEAL

**NOW INTO COURT, through undersigned counsel,** comes Plaintiff, Donya Decou-Snowton, who hereby gives notice to this Honorable Court and to Defendants, that they appeal to the United States Court of Appeals for the Fifth Circuit the judgment of this Court, entered on January 3, 2024 (R. Doc. No. 92), dismissing all claims, the Order and Reasons of this Court, entered on January 3, 2024 (R. Doc. No. 91), which granted Defendants Motion for Summary Judgment, and order denying Motion For Leave to File Motion in Excess Pages for Motion to Amend Judgment entered on February 1, 2024 (R.Doc. 94).

Respectfully submitted,

*/s/ Stephanie Dovalina*
Stephanie Dovalina, LSBA #31137
700 Camp Street, Ste. 105
New Orleans, LA 70130
Phone No.: (504)528-9500
Mobile: (504) 339-9815
Fax: (504) 353-9516
stephanie@dovalinalawgroup.com
Attorney for Donya Snowton

1

**Certificate of Service**

    I certify that on February 2, 2024, a copy of the foregoing was filed electronically with the Clerk of Court for the Eastern District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

                                                          */s/ Stephanie Dovalina*
                                                          Stephanie Dovalina