
**Certified as a true copy and issued as the mandate on Dec 17, 2024**
Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
# for the Fifth Circuit

No. 24-30079
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
November 25, 2024
Lyle W. Cayce
Clerk

DONYA D. DECOU-SNOWTON,

*Plaintiff—Appellant,*

versus

JEFFERSON PARISH; ROY JUNCKER, *in his individual capacity*; CHRISTOPHER TROSCLAIR, *in his individual capacity*; UNIDENTIFIED PARTY,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:21-CV-1302
_____

Before GRAVES, WILLETT, and WILSON, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

No. 24-30079

IT IS FURTHER ORDERED that appellant pay to appellees' the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.